# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Ryan Milliron

v.

US Department of Defense,
Federal Bureau of Investigation

Case No. 1:22-cv-00782
Hon. Paul L. Maloney

TO: US Department of Defense
ADDRESS: 1400 Defense Pentagon
Washington, DC 20301-1400

---

A lawsuit has been filed against you.

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Travis Miller
PO Box 6853
Austin, TX 78762

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __30__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

CLERK OF COURT

August 29, 2022

By: Deputy Clerk                Date

---

## PROOF OF SERVICE

This summons for __US Department of Defense__ (name of individual and title, if any) was received by me on __8/29/2022__ (date).

☐ I personally served the summons on the individual at _____ (place where served) on _____ (date).

☐ I left the summons at the individual's residence or usual place of abode with _____ (name), a person of suitable age and discretion who resides there, on _____ (date), and mailed a copy to the individual's last known address.

☐ I served the summons on _____ (name of individual), who is designated by law to accept service of process on behalf of _____ (name of organization) on _____ (date).

☐ I returned the summons unexecuted because _____.

☒ Other (specify): USPS Certified Mail, Return Receipt Requested. Tracking Number 7022 0410 0000 6301 3584. Delivered on 9/6/2022.

My fees are $ __0__ for travel and $ __0__ for services, for a total of $ __0__.

I declare under the penalty of perjury that this information is true.
Date: 9/8/2022

Server's signature

Travis Miller, Attorney for Plaintiff
Server's printed name and title

PO Box 6853, Austin, TX 78762
Server's address

Additional information regarding attempted service, etc.:

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Ryan Milliron

v.

US Department of Defense,
Federal Bureau of Investigation

Case No. 1:22-cv-00782
Hon. Paul L. Maloney

TO: Federal Bureau of Investigation
ADDRESS: 935 Pennsylvania Avenue NW
Washington, DC 20535

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __30__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Travis Miller
PO Box 6853
Austin, TX 78762

CLERK OF COURT

August 29, 2022

By: Deputy Clerk                                  Date

---

## PROOF OF SERVICE

This summons for ____Federal Bureau of Investigation____ was received by me on _____ (date).
(name of individual and title, if any)

☐ I personally served the summons on the individual at _____ (place where served) on _____ (date).

☐ I left the summons at the individual's residence or usual place of abode with _____ (name), a person of suitable age and discretion who resides there, on _____ (date), and mailed a copy to the individual's last known address.

☐ I served the summons on _____ (name of individual), who is designated by law to accept service of process on behalf of _____ (name of organization) on _____ (date).

☐ I returned the summons unexecuted because _____.

☒ Other (specify) USPS Certified Mail, Return Receipt Requested. Tracking Number 7022 0410 0000 6301 3591. Delivered on 9/6/2022.

My fees are $ __0__ for travel and $ __0__ for services, for a total of $ __0__.

I declare under the penalty of perjury that this information is true.
Date: 9/8/2022

Server's signature

Additional information regarding attempted service, etc.:

Travis Miller, Attorney for Plaintiff
Server's printed name and title

PO Box 6853, Austin, TX 78762
Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Ryan Milliron

v.

U.S. Department of Defense,
Federal Bureau of Investigation

Case No. 1:22-cv-782
Hon. Paul L. Maloney

TO: United States Attorney General
ADDRESS: Office of the Attorney General
Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __30__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Travis Wilson Miller
P.O. Box 6853
Austin, TX 78762

CLERK OF COURT

By: Deputy Clerk          August 29, 2022
                                 Date

## PROOF OF SERVICE

This summons for __United States Attorney General__ (name of individual and title, if any) was received by me on __8/29/2022__ (date).

☐ I personally served the summons on the individual at _____ (place where served) on _____ (date).

☐ I left the summons at the individual's residence or usual place of abode with _____ (name), a person of suitable age and discretion who resides there, on _____ (date), and mailed a copy to the individual's last known address.

☐ I served the summons on _____ (name of individual), who is designated by law to accept service of process on behalf of _____ (name of organization) on _____ (date).

☐ I returned the summons unexecuted because _____.

☒ Other (specify) USPS Certified Mail, Return Receipt Requested. Tracking Number 7022 0410 0000 6301 3607. Delivered on 9/6/2022.

My fees are $ __0__ for travel and $ __0__ for services, for a total of $ __0__.

I declare under the penalty of perjury that this information is true.
Date: 9/8/2022

_Server's signature_

Travis Miller, Attorney for Plaintiff
_Server's printed name and title_

PO Box 6853, Austin, TX 78762
_Server's address_

Additional information regarding attempted service, etc.:

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Ryan Milliron

v.

U.S. Department of Defense,
Federal Bureau of Investigation

Case No. 1:22-cv-782
Hon. Paul L. Maloney

TO: United States Attorney's Office
ADDRESS: 5th Floor Law Bldg.
330 Ionia NW
Grand Rapids, MI 49503

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Travis Wilson Miller
P.O. Box 6853
Austin, TX 78762

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __30__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

CLERK OF COURT

By: Deputy Clerk

August 29, 2022
Date

## PROOF OF SERVICE

This summons for __United States Attorney's Office__ was received by me on __8/29/2022__.
(name of individual and title, if any) (date)

☐ I personally served the summons on the individual at _____
(place where served)
on _____.
(date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
(name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
(date)

☐ I served the summons on _____, who is designated by law to accept service
(name of individual)
of process on behalf of _____ on _____.
(name of organization) (date)

☐ I returned the summons unexecuted because _____.

☒ Other (specify) USPS Certified Mail, Return Receipt Requested. Tracking Number 7022 0410 0000 6301 3614. Delivered on 9/6/2022.

My fees are $ __0__ for travel and $ __0__ for services, for a total of $ __0__.

I declare under the penalty of perjury that this information is true.
Date: __9/8/2022__

Server's signature

Additional information regarding attempted service, etc.:

Travis Miller, Attorney for Plaintiff
Server's printed name and title

PO Box 6853, Austin, TX 78762
Server's address