UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RYAN MILLIRON,

        Plaintiff,

v.

U.S. DEPARTMENT OF DEFENSE;
FEDERAL BUREAU OF
INVESTIGATION,

        Defendants.
_____/

Case No. 1:22-cv-782

Hon. Paul L. Maloney
U.S. District Court Judge

Hon. Sally J. Berens
U.S. Magistrate Judge

**DEFENDANTS' MEMORANDUM IN SUPPORT OF**
**UNOPPOSED MOTION FOR AN EXTENSION OF TIME**

    In support of their Unopposed Motion for an Extension of Time to file a response to Plaintiff's Complaint in this action, Defendants U.S. Department of Defense and Federal Bureau of Investigation, by and through their attorneys, Mark A. Totten, United States Attorney for the Western District of Michigan, and Laura A. Babinsky, Assistant United States Attorney, state that:

    1.    Plaintiff Ryan Milliron filed his Complaint on August 25, 2022.  (ECF No. 1, PageID.1.)

    2.    Defendants were served with Plaintiff's Complaint on September 6, 2022, so their responsive pleading is due on October 6, 2022.  (ECF No. 5, PageID.27.)

    3.    Defense counsel will be out of the country from September 28, 2022, through October 15, 2022.

    4.    A thirty (30) day extension of time will allow defense counsel time to coordinate with Defendants regarding the status of the responses to Plaintiff's FOIA requests in advance of the responsive pleading deadline.

5. On September 22, 2022, defense counsel conferred with Plaintiff's counsel, and Plaintiff's counsel does not oppose this request for an extension of time.

6. This is the first request for an extension of time in this case, and the purpose of this motion is not to cause undue delay. Moreover, a thirty (30) day extension of time will not prejudice either party.

WHEREFORE, Defendants respectfully request that this Court grant their motion and extend the time for the filing of their answer or other pleading by thirty (30) days, until November 7, 2022.

Respectfully submitted,

MARK A. TOTTEN
United States Attorney

Dated: September 23, 2022

*/s/ Laura Babinsky*
LAURA BABINSKY
Assistant United States Attorney
P.O. Box 208
Grand Rapids, MI 49501-0208
(616) 456-2404
Laura.Babinsky@usdoj.gov