# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN
# MINUTES

| Case Number | Date | Time | Judge |
|---|---|---|---|
| 1:22-cv-00782-SJB | 12/13/2022 | 10:59 AM – 11:03 AM | Sally J. Berens |

### CASE CAPTION

| |
|---|
| Milliron v. U.S. Department of Defense et al |

### APPEARANCES

| Attorney: | Representing: |
|---|---|
| Travis Wilson Miller | Plaintiff Ryan Milliron |
| Laura Ann Babinsky | Defendants U.S. Department of Defense, Federal Bureau of Investigation |

### PROCEEDINGS

**NATURE OF HEARING:** Rule 16 Scheduling Conference held; case management order to issue.

Proceedings Digitally Recorded
Deputy Clerk: J. Lenon