UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RYAN MILLIRON,

       Plaintiff,                                                Case No. 1:22–cv–782

v.                                                        Hon. Sally J. Berens

U.S. DEPARTMENT OF DEFENSE, et al.,

       Defendants.
_____/

## **ORDER**

This matter was filed pursuant to 05 U.S.C. § 552 Freedom of Information Act. A scheduling conference was held December 13, 2022. Defendant U.S. Department of Defense anticipates initial production of documents by February 1, 2023. Defendant Federal Bureau of Investigation anticipates initial production of documents by March 1, 2023. The parties shall file a Joint Status Report by March 15, 2023.

    IT IS SO ORDERED.

Dated:  December 13, 2022                            /s/ Sally J. Berens
                                                                   SALLY J. BERENS
                                                                     U.S. Magistrate Judge