UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RYAN MILLIRON,

    Plaintiff,

v.

U.S. DEPARTMENT OF DEFENSE;
FEDERAL BUREAU OF
INVESTIGATION,

    Defendants.
_____/

Case No. 1:22-cv-782

Hon. Paul L. Maloney
U.S. District Court Judge

Hon. Sally J. Berens
U.S. Magistrate Judge

## JOINT STATUS REPORT

Pursuant to the Court's Order on December 13, 2022 (ECF No. 16, PageID.60), Plaintiff Ryan Milliron, and Defendants U.S. Department of Defense (DoD) and Federal Bureau of Investigation (FBI), (collectively, the Parties) submit this Report regarding the status of this Freedom of Information Act (FOIA) case.

On February 1 and March 1, 2023, Defense Advanced Research Projects Agency (DARPA), a component of the DoD, produced documents in response to Plaintiff's FOIA requests. These productions totaled more than 300 pages. DARPA continues to work diligently to respond to Plaintiff's requests, which, due to their breadth, require review of thousands of pages of records. DARPA's review is further impacted by the nature of the records sought—many of which require DARPA to consult with third parties before producing—as well as the total volume of FOIA requests and litigations on which DARPA is presently working. Going forward, DARPA anticipates making productions on a rolling basis approximately every other month, and Plaintiff agrees with this timing.

FBI completed its review of records responsive to Plaintiff's FOIA Request No. 1548979, (Compl., ECF No. 1, PageID.6, ¶¶ 21-22), and made a production on March 1, 2023. FBI continues to work on its response to Plaintiff's FOIA Request No. NFP-139344 (*Id*. at PageID.7, ¶¶ 23-24), which was perfected during the pendency of this litigation. FBI's search for responsive documents is complete, but it has not yet begun to review the documents, so it does not have an anticipated final response date at this time.

The Parties agree that a status conference with the Court, or submission of a joint status report, on or around June 15, 2023 would be beneficial to assess progress and set additional case deadlines, if necessary.

Respectfully submitted,

Dated: March 14, 2023

*/s/ Travis Miller (w/permission 3/14/23)*
TRAVIS MILLER
P.O. Box 6853
Austin, TX 78762
(430) 222-8184
traviswmiller@gmail.com


MARK A. TOTTEN
United States Attorney

Dated: March 15, 2023

*/s/ Laura A. Babinsky*
LAURA A. BABINSKY
Assistant United States Attorney
P.O. Box 208
Grand Rapids, MI 49501-0208
(616) 456-2404
Laura.Babinsky@usdoj.gov