UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RYAN MILLIRON,

       Plaintiff,                                      Case No. 1:22–cv–782

v.                                              Hon. Sally J. Berens

U.S. DEPARTMENT OF DEFENSE, et al.,

       Defendants.
_____/

## ORDER

      This matter was filed pursuant to 05 U.S.C. § 552 Freedom of Information Act. The Court has reviewed the parties' Joint Status Report, (ECF No. 17), and notes the ongoing production of documents. The parties shall file another Joint Status Report by June 15, 2023.

      IT IS SO ORDERED.

Dated:  March 20, 2023                                  /s/ Sally J. Berens
                                                              SALLY J. BERENS
                                                              U.S. Magistrate Judge