UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RYAN MILLIRON,

    Plaintiff,

v.

U.S. DEPARTMENT OF DEFENSE;
FEDERAL BUREAU OF
INVESTIGATION,

    Defendants.
_____/

Case No. 1:22-cv-782

Hon. Paul L. Maloney
U.S. District Court Judge

Hon. Sally J. Berens
U.S. Magistrate Judge

## JOINT STATUS REPORT

Pursuant to the Court's Order on March 20, 2023 (ECF No. 18, PageID.63), Plaintiff Ryan Milliron, and Defendants U.S. Department of Defense (DoD) and Federal Bureau of Investigation (FBI), (collectively, the Parties), by and through their respective counsel, submit this Report regarding the status of this Freedom of Information Act (FOIA) case.

Defense Advanced Research Projects Agency (DARPA), a component of the DoD, continues to work on its responses to Plaintiff's FOIA Requests and make productions as set forth in the Parties' March 15, 2023 Joint Status Report. (ECF No. 17, PageID.61.) On June 9, 2023, DARPA sent a final response to Plaintiff's FOIA Request Nos. 22-F-0858 and 22-F-0881. DARPA also produced over 500 pages to Plaintiff on June 9, 2023, in response to FOIA Request No. 22-F-0852. DARPA anticipates providing an additional and final response to Request No. 22-F-0852 by the end of June 2023. DARPA continues to work on Request Nos. 22-F-0725 and 22-F-0853 and anticipates making productions on a rolling basis, approximately every other month.

FBI is diligently working on its response to Plaintiff's FOIA Request No. NFP-139344. Due to the nature of the records sought, many of the documents require FBI to consult with third parties before producing. As a result, FBI anticipates making an initial response on June 30, 2023, with productions thereafter on a rolling basis as its third-party consults are returned. Plaintiff agrees with this timing.

The Parties agree that a status conference with the Court, or a submission of a joint status report, on or around September 15, 2023, would be beneficial to assess progress and set additional case deadlines, if necessary.

Respectfully submitted,

Dated: June 14, 2023

*/s/ Travis Miller (w/ permission)*
TRAVIS MILLER
P.O. Box 6853
Austin, TX 78762
(430) 222-8184
traviswmiller@gmail.com


MARK A. TOTTEN
United States Attorney

Dated: June 14, 2023

*/s/ Laura A. Babinsky*
LAURA A. BABINSKY
Assistant United States Attorney
P.O. Box 208
Grand Rapids, MI 49501-0208
(616) 456-2404
Laura.Babinsky@usdoj.gov