UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RYAN MILLIRON,

    Plaintiff,

v.

U.S. DEPARTMENT OF DEFENSE;
FEDERAL BUREAU OF
INVESTIGATION,

    Defendants.
_____/

Case No. 1:22-cv-782

Hon. Paul L. Maloney
U.S. District Court Judge

Hon. Sally J. Berens
U.S. Magistrate Judge

## **JOINT STATUS REPORT**

Pursuant to the Court's Order on June 15, 2023 (ECF No. 20, PageID.66), Plaintiff Ryan Milliron, and Defendants U.S. Department of Defense (DoD) and Federal Bureau of Investigation (FBI), (collectively, the Parties), by and through their respective counsel, submit this Report regarding the status of this Freedom of Information Act (FOIA) case.

Defense Advanced Research Projects Agency (DARPA), a component of the DoD, continues to work on its responses to Plaintiff's FOIA Requests and make rolling productions as anticipated and set forth in the Parties' March 15, 2023 Joint Status Report. (ECF No. 17, PageID.61.) On July 31, 2023, DARPA sent a final response to Plaintiff's FOIA Request No. 22-F-0853, producing 1,824 pages. On August 30, 2023, DARPA sent a final response to Plaintiff's FOIA Request No. 22-F-0852, producing over 400 pages. DARPA continues to work on the last remaining FOIA Request, No. 22-F-0725, and anticipates making productions on a rolling basis, approximately every other month; it expects the next release will occur by the end of September 2023.

On August 31, 2023, FBI made an interim response to Plaintiff's FOIA Request No. NFP-139344. The remaining responsive pages require FBI to consult with third parties before producing, and FBI has sent out those pages for consult but is still awaiting responses. FBI anticipates making productions thereafter on a rolling basis as its third-party consults are returned.

The Parties agree that a status conference with the Court, or a submission of a joint status report, on or around December 15, 2023, would be beneficial to assess progress and set additional case deadlines, if necessary.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: September 14, 2023 | */s/ Travis Miller (w/ permission on 9/12/23)*<br>TRAVIS MILLER<br>P.O. Box 6853<br>Austin, TX 78762<br>(430) 222-8184<br>traviswmiller@gmail.com |
|  | MARK A. TOTTEN<br>United States Attorney |
| Dated: September 14, 2023 | */s/ Laura A. Babinsky*<br>LAURA A. BABINSKY (P85670)<br>Assistant United States Attorney<br>P.O. Box 208<br>Grand Rapids, MI 49501-0208<br>(616) 456-2404<br>Laura.Babinsky@usdoj.gov |