UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RYAN MILLIRON,

    Plaintiff,

v.

U.S. DEPARTMENT OF DEFENSE;
FEDERAL BUREAU OF
INVESTIGATION,

    Defendants.

_____/

Case No. 1:22-cv-782

Hon. Paul L. Maloney
U.S. District Court Judge

Hon. Sally J. Berens
U.S. Magistrate Judge

## **JOINT STATUS REPORT**

Pursuant to the Court's Order on December 19, 2023 (ECF No. 24, PageID.72), Plaintiff Ryan Milliron, and Defendants U.S. Department of Defense (DoD) and Federal Bureau of Investigation (FBI), (collectively, the Parties), by and through their respective counsel, submit this Report regarding the status of this Freedom of Information Act (FOIA) case.

Defense Advanced Research Projects Agency (DARPA), a component of the DoD, continues to work on its responses to Plaintiff's FOIA Requests and make rolling productions as anticipated and set forth in the Parties' March 15, 2023 Joint Status Report. (ECF No. 17, PageID.61.) Since the last Joint Status Report on December 15, 2023 (ECF No. 23, PageID.70), DARPA continues to work on its last remaining FOIA Request, No. 22-F-0725. As anticipated in the last Joint Status Report, DARPA made an interim release for this request containing 134 pages on January 31, 2024. DARPA anticipates continuing to make productions on a rolling basis, approximately every other month, as the third-party consults it has sent out are returned; it expects the next release will occur by the end of March 2024.

FBI continues to work on its response to Plaintiff's FOIA Request No. NFP-139344. Previously, FBI sent out all remaining responsive pages to third parties for consult. Since the last Joint Status Report, all government consults have been returned for this request. However, FBI is still waiting for a third-party company to complete its review of the responsive pages for business proprietary information, which must occur before FBI releases those pages. FBI anticipates making its final production after this third-party review is complete.

The Parties agree that a status conference with the Court, or a submission of a joint status report, on or around June 17, 2024, would be beneficial to assess progress and set additional case deadlines, if necessary.

|  | Respectfully submitted, |
|---|---|
| Dated: March 15, 2024 | */s/ Travis Miller (w/permission on 3/12/24)*<br>TRAVIS MILLER<br>P.O. Box 6853<br>Austin, TX 78762<br>(430) 222-8184<br>traviswmiller@gmail.com |
|  | MARK A. TOTTEN<br>United States Attorney |
| Dated: March 15, 2024 | */s/ Laura A. Babinsky*<br>LAURA A. BABINSKY (P85670)<br>Assistant United States Attorney<br>P.O. Box 208<br>Grand Rapids, MI 49501-0208<br>(616) 456-2404<br>Laura.Babinsky@usdoj.gov |