UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RYAN MILLIRON,

        Plaintiff,

v.

U.S. DEPARTMENT OF DEFENSE;
FEDERAL BUREAU OF
INVESTIGATION,

        Defendants.

_____/

Case No. 1:22-cv-782

Hon. Paul L. Maloney
U.S. District Court Judge

Hon. Sally J. Berens
U.S. Magistrate Judge

## **JOINT STATUS REPORT**

Pursuant to the Court's Order on March 15, 2024 (ECF No. 26, PageID.75), Plaintiff Ryan Milliron, and Defendants U.S. Department of Defense (DoD) and Federal Bureau of Investigation (FBI), (collectively, the Parties), by and through their respective counsel, submit this Report regarding the status of this Freedom of Information Act (FOIA) case.

Defense Advanced Research Projects Agency (DARPA), a component of the DoD, continues to work on its responses to Plaintiff's FOIA Requests and make rolling productions as anticipated and set forth in the Parties' March 15, 2023 Joint Status Report.  (ECF No. 17, PageID.61.)  Since the last Joint Status Report on March 15, 2024 (ECF No. 25, PageID.73), DARPA continues to work on its last remaining FOIA Request, No. 22-F-0725.  As anticipated in the last Joint Status Report, DARPA made an interim release for this request containing 478 pages on March 25, 2024.  DARPA made another interim release on June 2, 2024, containing 914 pages.  DARPA anticipates continuing to make productions on a rolling basis, approximately every other month, as the third-party consults it has sent out are returned; it expects the next release will occur by early August 2024.

On May 31, 2024, FBI sent a final response to Plaintiff's FOIA Request No. NFP-139344. Thus, FBI has completed its responses to the FOIA requests at issue in this litigation.

The Parties agree that a status conference with the Court, or a submission of a joint status report, on or around September 16, 2024, would be beneficial to assess progress and set additional case deadlines, if necessary.

Respectfully submitted,

Dated: June 6, 2024

*/s/ Travis Miller (w/ permission on 6/6/24)*
TRAVIS MILLER
P.O. Box 6853
Austin, TX 78762
(430) 222-8184
traviswmiller@gmail.com

MARK A. TOTTEN
United States Attorney

Dated: June 10, 2024

*/s/ Laura A. Babinsky*
LAURA A. BABINSKY (P85670)
Assistant United States Attorney
P.O. Box 208
Grand Rapids, MI 49501-0208
(616) 456-2404
Laura.Babinsky@usdoj.gov