UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RYAN MILLIRON,

        Plaintiff,

v.

U.S. DEPARTMENT OF DEFENSE;
FEDERAL BUREAU OF
INVESTIGATION,

        Defendants.
_____/

Case No. 1:22-cv-782

Hon. Sally J. Berens
U.S. Magistrate Judge

## JOINT STATUS REPORT

Pursuant to the Court's Order on October 2, 2024 (ECF No. 34, PageID.85), Plaintiff Ryan Milliron, and Defendants U.S. Department of Defense (DoD) and Federal Bureau of Investigation (FBI) (collectively, the Parties), by and through their respective counsel, submit this Joint Status Report regarding the status of this Freedom of Information Act (FOIA) case.

On October 9, 2024, Defendant provided a letter to Defendant FBI requesting that the FBI reconsider certain responses. The FBI is currently reviewing the responses and information Plaintiff provided. The FBI requests until December 20, 2024, for the next joint status report at which time the FBI anticipates it will have an update.

Respectfully submitted,

Dated: November 20, 2024

*/s/ Travis Miller (w/permission)*
TRAVIS MILLER
P.O. Box 6853
Austin, TX 78762
(430) 222-8184
traviswmiller@gmail.com

|  |  |
|---|---|
|  | MARK A. TOTTEN<br>United States Attorney |
| Dated: November 20, 2024 | */s/ Carolyn A. Almassian*<br>CAROLYN A. ALMASSIAN<br>Assistant United States Attorney<br>P.O. Box 208<br>Grand Rapids, MI 49501-0208<br>(616) 456-2404<br>carolyn.almassian@usdoj.gov |