UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

RYAN MILLIRON,

    Plaintiff,

v.                                                    Hon. Sally J. Berens

U.S. DEPARTMENT OF DEFENSE, et al.,         Case No. 1:22-cv-00782

    Defendants.

**ORDER**

This matter was filed pursuant to 05 U.S.C. § 552 Freedom of Information Act. The Court has reviewed the parties' Joint Status Report, (ECF No. 35), and notes the ongoing review of responses and information. The parties shall file another Joint Status Report by February 20, 2025.

IT IS SO ORDERED.

Dated: February 17, 2025                                  /s/ Sally J. Berens
                                                                  SALLY J. BERENS
                                                                  U.S. Magistrate Judge