UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RYAN MILLIRON,

               Plaintiff,

v.

U.S. DEPARTMENT OF DEFENSE;
FEDERAL BUREAU OF
INVESTIGATION,

               Defendants.

_____/

Case No. 1:22-cv-782

Hon. Sally J. Berens
U.S. Magistrate Judge

## JOINT STATUS REPORT

Pursuant to the Court's Order on February 20, 2025 (ECF No. 40, PageID.94), Plaintiff Ryan Milliron, and Defendants U.S. Department of Defense (DoD) and Federal Bureau of Investigation (FBI) (collectively, the Parties), by and through their respective counsel, submit this Joint Status Report regarding the status of this Freedom of Information Act (FOIA) case.

On October 9, 2024, Plaintiff provided a letter to Defendant FBI requesting that the FBI reconsider certain responses. Plaintiff asked the FBI to reconsider its withholding of various records, including the following documents:

(1)     All 302s or 2013s for Rodney Joffe from March 1, 2016, through March 1, 2019, that are relevant to Russia, Trump, Alfa Bank, or the hack of the DNC;

(2)     All 302s or 1023s for Manos Antonakakis from March 1, 2016, through March 1, 2019, that are relevant to Russia, Trump, Alfa Bank, or the hack of the DNC;

(3)     All emails between Rodney Joffe and FBI agent Tom Grasso for the period of April 1, 2016, through April 1, 2017, that relate to the DNC, the Alfa Server, Trump, Russia, Georgia Tech, or April Lorenzen; and

(4)     Contracts from January 1, 2015, through June 1, 2019, between the FBI and Packet Forensics, Bitvoyant (Bluevoyant), Neustar, Zetalytics, or Volstrom Holdings.

1

As stated in the last JSR, for items 1-2, the FBI has reviewed and has confirmed that no further segregation and/or release of these records is possible, and the information is properly withheld under the cited exemptions.

For item 3, the FBI previously agreed to re-review the email records identified to determine whether any portions can be segregated and released.  The FBI reprocessed 29 pages of email records and provided its release to Plaintiff on March 3, 2025.

For item 4, the FBI agrees to re-review the documents identified to determine whether any portions can be segregated and released.  The FBI has reached out to the relevant companies that have information within these records that was protected by Exemption 4 and is currently waiting for their response regarding which portions may be disclosed, which is needed before the FBI can decide whether any additional information can be released.

The FBI will provide an update on the status of its re-processing for item 4 in the next status report, which will be due on May 30, 2025.

With the FBI awaits responses relating to item 4, the parties respectfully request the Court adjourn the April 29, 2025, status conference for a date after which the FBI concludes whether any additional information can be released.

Respectfully submitted,

Dated: April 21, 2025

*/s/ Travis Miller (w/permission)*
TRAVIS MILLER
P.O. Box 6853
Austin, TX 78762
(430) 222-8184
traviswmiller@gmail.com

ANDREW BYERLY BIRGE
Acting United States Attorney

2

Dated: April 21, 2025

*/s/ Carolyn A. Almassian*
CAROLYN A. ALMASSIAN
Assistant United States Attorney
330 Ionia Ave., NW, Ste. 501
Grand Rapids, MI 49501-0208
(616) 456-2404
carolyn.almassian@usdoj.gov