UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RYAN MILLIRON,

    Plaintiff,

v.

U.S. DEPARTMENT OF DEFENSE;
FEDERAL BUREAU OF
INVESTIGATION,

    Defendants.

_____/

Case No. 1:22-cv-782

Hon. Sally J. Berens
U.S. Magistrate Judge

## STIPULATION TO DISMISS CASE

Plaintiff and Defendants stipulate and agree to the dismissal of all claims with prejudice and without costs, interest, or attorney fees to either party.

Dated: July 16, 2025

Respectfully submitted,

*Ryan Milliron*
RYAN MILLIRON
14579 Tupelo Dr.
West Olive, MI 49460
(231) 286-8875
Ryanmilliron1@gmail.com

Dated: July 16, 2025

ALEXIS M. SANFORD
United States Attorney

/s/ Carolyn A. Almassian
  CAROLYN A. ALMASSIAN
Assistant United States Attorney
P.O. Box 208
Grand Rapids, MI 49501-0208
(616) 456-2404
carolyn.almassian@usdoj.gov