UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RYAN MILLIRON,

    Plaintiff,

v.

U.S. DEPARTMENT OF DEFENSE;
FEDERAL BUREAU OF
INVESTIGATION,

    Defendants.
_____/

Case No. 1:22-cv-782

Hon. Sally J. Berens
U.S. Magistrate Judge

## JOINT MOTION TO STRIKE FILING

Plaintiff and Defendants move the Court to strike ECF No. 51, Stipulation to Dismiss Case, filed today, July 16, 2025. The Court incorrectly listed 1:22-cv-782 on the stipulation and was filed in this matter, however, the parties intended to file the stipulation in case number 1:23-cv-30.

A proposed order is attached.

Respectfully submitted,

Dated: July 17, 2025

/s/ Travis Miller
TRAVIS MILLER
P.O. Box 6853
Austin, TX 78762
(430) 222-8184
traviswmiller@gmail.com

ALEXIS M. SANFORD
United States Attorney

Dated: July 17, 2025

/s/ Carolyn A. Almassian
CAROLYN A. ALMASSIAN
Assistant United States Attorney
Grand Rapids, MI 49501-0208
carolyn.almassian@usdoj.gov

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RYAN MILLIRON,

    Plaintiff,

v.

U.S. DEPARTMENT OF DEFENSE;
FEDERAL BUREAU OF
INVESTIGATION,

    Defendants.
_____/

Case No. 1:22-cv-782

Hon. Sally J. Berens
U.S. Magistrate Judge

## **ORDER**

Upon consideration of the parties' motion to strike ECF No. 51, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED ECF No. 51 is stricken from the record.

Dated: _____

_____
SALLY J. BERENS
United States Magistrate Judge