UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RYAN MILLIRON,

        Plaintiff,

v.

THE FEDERAL BUREAU OF
INVESTIGATION,

        Defendant.
_____/

Case No. 1:22-cv-782

Hon. Sally J. Berens
U.S. Magistrate Judge

## DEFENDANT FBI'S *VAUGHN* INDEX

Defendant Federal Bureau of Investigation, by and through its attorneys, Timothy VerHey, United States Attorney for the Western District of Michigan, and Carolyn Almassian, Assistant United States Attorney, hereby submit a *Vaugh* Index pursuant to the Court's Order, PageID.108.

        Respectfully submitted,

        TIMOTHY VERHEY
        United States Attorney

Dated: August 18, 2025        */s/ Carolyn A. Almassian*
        CAROLYN A. ALMASSIAN
        Assistant United States Attorney
        (616) 456-2404
        Carolyn.Almassian@usdoj.gov
        Attorney for Defendants

**UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN**
*MILLIRON v. U.S. DEPARTMENT OF DEFENSE, ET AL.*
**22-cv-782**

| Page Disposition Totals | |
|---|---:|
| **Total:** 15 | |
| RIP: | 0 |
| WIF: | 15 |
| • FOIA Exemption(s): | 0 |
| • Duplicate: | 15 |
| • Other: | 0 |

## Exemption Application Index

| SUMMARY OF FOIA EXEMPTION JUSTIFICATION CATEGORIES | |
|---|---|
| **CODED CATEGORIES** | **INFORMATION WITHHELD** |
| **EXEMPTION (b)(6) and EXEMPTION (b)(7)(C)** | **CLEARLY UNWARRANTED INVASION OF PERSONAL PRIVACY AND UNWARRANTED INVASION OF PERSONAL PRIVACY** |
| (b)(6)-1 and (b)(7)(C)-1 | Names of FBI Professional Staff |
| (b)(6)-2 and (b)(7)(C)-2 | Names and Identifying Information of Third Parties who Provided Information |
| (b)(6)-3 and (b)(7)(C)-3 | Names of Third Parties Merely Mentioned |
| **EXEMPTION (b)(7)(E)** | **INVESTIGATIVE TECHNIQUES AND PROCEDURES** |
| (b)(7)(E)-4 | Collection/Analysis of Information |

| INDEX KEY | |
|---|---|
| Dup.: | Duplicate page that was withheld in full |
| Dup of: | Location of original copy |

| FBI DOCUMENT TYPES |
|---|
| • Electronic Mail Messages (E-mails):  These documents consist of E-mails between FBI personnel, between FBI personnel and private citizens/corporations, between FBI personnel and Other Government Agency (OGA) personnel, and/or between FBI personnel and state and local law enforcement agencies.. |

A-1

| Document Description | Bates | 6/7C 1 | 6/7C 2 | 6/7C 3 | 7E 4 | RIP | FOIA WIF | Dup | Dup of |
|---|---|---|---|---|---|---|---|---|---|
| Joffe Email Communications[1] | 1 |  | x | x | x |  |  | x | pg 3 |
|  | 2 |  | x | x | x |  |  | x | pg 4 |
|  | 5 |  | x | x | x |  |  | x | pg 18 |
|  | 6 |  | x | x | x |  |  | x | pg 19 |
|  | 7 |  | x | x | x |  |  | x | pg 20 |
|  | 8 |  | x | x | x |  |  | x | pg 18 |
|  | 9 |  | x | x | x |  |  | x | pg 19 |
|  | 10 |  | x | x | x |  |  | x | pg 20 |
|  | 11 | x | x | x | x |  |  | x | pg 18 |
|  | 12 |  | x | x | x |  |  | x | pg 19 |
|  | 13 |  | x | x | x |  |  | x | pg 20 |
|  | 14 |  |  |  |  |  |  | x | pg 21 |
|  | 15 |  | x | x | x |  |  | x | pg 22 |
|  | 16 |  | x | x | x |  |  | x | pg 23 |
|  | 17 |  | x | x | x |  |  | x | pg 24 |
| [1] The pages removed in full contained duplicate emails on the pages that were released. The same redactions used on those emails are included on this Index. |||||||||||