UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RYAN MILLIRON,

        Plaintiff,

v.

THE FEDERAL BUREAU OF
INVESTIGATION,

        Defendant.
_____/

Case No. 1:22-cv-782

Hon. Sally J. Berens
U.S. Magistrate Judge

### DEFENDANT FBI'S MOTION FOR SUMMARY JUDGMENT

    Defendant Federal Bureau of Investigation, by and through its attorneys, Timothy VerHey, United States Attorney for the Western District of Michigan, and Carolyn Almassian, Assistant United States Attorney, hereby moves the Court pursuant to Federal Rule of Civil Procedure 56 for summary judgment on Plaintiff's Complaint under the Freedom of Information Act, 5 U.S.C. § 552 *et seq.* ("FOIA").  This motion is supported by the accompanying memorandum.

    In accordance with Local Civil Rule 7.1(d), counsel for Defendant conferred with Plaintiff's counsel via email on August 21, 2025, and explained the basis for the motion. Plaintiff intends to oppose this motion.

Respectfully submitted,

TIMOTHY VERHEY
United States Attorney

Dated: September 2, 2025

*/s/ Carolyn A. Almassian*
CAROLYN A. ALMASSIAN
Assistant United States Attorney
(616) 456-2404
Carolyn.Almassian@usdoj.gov
Attorney for Defendant