UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RYAN MILLIRON,

       Plaintiff,                        Case No. 1:22-cv-00782-SJB

v.                                   Hon. Sally J. Berens

FEDERAL BUREAU OF
INVESTIGATION,

       Defendant.
_____/

## **NOTICE OF HEARING**

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):   Status Conference
Date/Time:   October 23, 2025   11:00 AM
Magistrate Judge:   Sally J. Berens
Place/Location:   by video

                                              SALLY J. BERENS
                                              U.S. Magistrate Judge

Dated:   October 1, 2025       By:   _/s/ Julie Lenon_____
                                                  Judicial Assistant