UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RYAN MILLIRON,

    Plaintiff,

v.

THE FEDERAL BUREAU OF
INVESTIGATION,

    Defendant.

Case No. 1:22-cv-782

Hon. Sally J. Berens
U.S. Magistrate Judge

## MOTION FOR A STAY OF ENTIRE CASE
## IN LIGHT OF LAPSE OF APPROPRIATIONS

Defendant, the Federal Bureau of Investigation, hereby moves for a stay of the entire case in the above-captioned case.

1.    At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The same is true for most Executive agencies, including the Federal Bureau of Investigation ("FBI"). The Department does not know when Congress will restore funding.

2.    Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3.    Undersigned counsel for the Department of Justice therefore requests a stay of the entire case until Congress has restored appropriations to the Department.

4.    If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at

that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations.

5.      As indicated in the attached certification, opposing counsel has authorized counsel for the Government to state that the opposing party has no objection to this motion.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the United States hereby moves for a stay of the entire case in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Respectfully submitted,

TIMOTHY VERHEY
United States Attorney

Dated:  October 9, 2025

*/s/ Carolyn A. Almassian*
CAROLYN A. ALMASSIAN (P63229)
Assistant United States Attorney
The Law Building
330 Ionia Ave., NW, Ste. 501
Grand Rapids, Michigan 49503
(616) 456-2404
Carolyn.Almassian@usdoj.gov
Attorney for Defendant

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RYAN MILLIRON,

    Plaintiff,

v.

THE FEDERAL BUREAU OF
INVESTIGATION,

    Defendant.

Case No. 1:22-cv-782

Hon. Sally J. Berens
U.S. Magistrate Judge

## ORDER GRANTING MOTION FOR STAY

This matter is before the Court on Defendant's Motion for a Stay of proceedings in light of the lapse of appropriations. The Court being fully advised in the premises,

THE COURT ORDERS that the motion is granted, and this matter is stayed.

THE COURT FURTHER orders that Defendants shall file a motion to lift the stay when funding is restored.

BY THE COURT:

Dated:_____

    _____
    Hon. Sally J. Berens
    United States Magistrate Judge