UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

RYAN MILLIRON,

    Plaintiff,

v.                                                            Hon. Sally J. Berens

U.S. DEPARTMENT OF DEFENSE, et al.,          Case No. 1:22-cv-782

    Defendants.

## ORDER

This matter is before the Court on Defendant's Unopposed Motion for Lift of Stay. (ECF No. 77.) Funding having been restored on November 12, 2025, the motion is **granted, and the stay is hereby lifted**.

A status conference is set for December 4, 2025, at 1:30 PM by video before the undersigned.

IT IS SO ORDERED.

Dated: November 14, 2025                                         /s/ Sally J. Berens
                                                                         SALLY J. BERENS
                                                                         U.S. Magistrate Judge