UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

RYAN MILLIRON,

      Plaintiff,

v.                                                                    Hon. Sally J. Berens

FEDERAL BUREAU OF INVESTIGATION,                Case No. 1:22-cv-782

      Defendant.

## ORDER

On December 4, 2025, the Court held a status conference in this matter. As ordered on the record, Defendant shall have seven days to file a notice stating that no records were found and giving its position on disposition of the matter. Plaintiff shall have 14 days from the submission of Defendant's notice to file a response stating his position.

IT IS SO ORDERED.

Dated: December 4, 2025                          /s/ Sally J. Berens
                                                                 SALLY J. BERENS
                                                                 U.S. Magistrate Judge