UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RYAN MILLIRON,

    Plaintiff,

v.

THE FEDERAL BUREAU OF
INVESTIGATION,

    Defendant.

_____/

Case No. 1:22-cv-782

Hon. Sally J. Berens
U.S. Magistrate Judge

## **DEFENDANT FBI'S NOTICE OF NO RECORDS**

Defendant, the Federal Bureau of Investigation (FBI) submits the following notice pursuant to the Court's December 4, 2025, Order. (ECF No. 82, Order.)

On September 30, 2025, the Court issued an Opinion and Order granting in part and denying in part, the FBI's motion for summary judgment. (Op. and Order, PageID.324–39.) The Court denied the motion "as to the 302/1023 Request pertaining to Rodney Joffe." (*Id.* PageID.339.)

The FBI conducted a new search in compliance with the Court's order as to Joffe, but did not locate any responsive documents.

Defendant requests that the Court dismiss this matter as the FBI completed its search for responsive records and no additional issues remain for the Court to resolve.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | TIMOTHY VERHEY<br>Acting United States Attorney |
| Dated: December 5, 2025 | */s/ Carolyn A. Almassian*<br>CAROLYN A. ALMASSIAN<br>Assistant United States Attorney<br>(616) 456-2404<br>Carolyn.Almassian@usdoj.gov<br>Attorney for Defendants |