UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

RYAN MILLIRON,

    Plaintiff,

v.                                                             Hon. Sally J. Berens

U.S. DEPARTMENT OF DEFENSE, et al.,            Case No. 1:22-cv-782

    Defendants.

**Plaintiff's Notice Regarding FBI Production**

    Plaintiff, Ryan Milliron, files this his notice pursuant to the Court's December 4, 2025 Order. ECF No. 82.

    On December 5, 2025, Defendant FBI informed the Court it had "conducted a new search in compliance with the Court's order as to Joffe, but did not locate any responsive documents." ECF No. 83. The FBI conducted that search after the Court's September 30, 2025 Opinion and Order, which required the FBI "search its records" concerning any 1023 or 302 records on Rodney Joffe. ECF No. 71 at p. 10.

    On December 19, 2025, at 11:33 a.m. EST, counsel for Plaintiff e-mailed counsel for the FBI, asking: "Mr. Joffe had a telephone call with then-agent Grasso regarding the Alfa Bank data. Here's a question for the FBI: was that memorialized in a 1023?" Counsel for Plaintiff has yet to hear back from the FBI.

    From the understanding of Plaintiff and his counsel, the conversation between Grasso and Joffe is the type of source reporting that would be documented in a 1023. But perhaps that conversation was not memorialized in a 1023 – and not in a 302. Once Plaintiff receives clarity from the FBI on that issue, he will be able to determine whether he agrees or disagrees with the FBI's request for dismissal. *See* ECF No. 83.

                                          Respectfully submitted,

Dated: December 19, 2025              /s/ *Travis Miller*
                                                        Travis Miller
                                                        Texas Bar No. 24072952
                                                        PO Box 6853
                                                        Austin, TX 78762
                                                        Tel: 430-222-8184
                                                        Email: twmlegal@gmail.com