UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

RYAN MILLIRON,

    Plaintiff,

v.                                          Hon. Sally J. Berens

U.S. DEPARTMENT OF DEFENSE, et al.,        Case No. 1:22-cv-782

    Defendants.

## ORDER

The Court has reviewed Defendant's status report and Plaintiff's response. (ECF Nos. 83, 84.) A joint status report shall be filed within seven days of the date of this order.

IT IS SO ORDERED.

Dated: December 29, 2025                            /s/ Sally J. Berens
                                                                  SALLY J. BERENS
                                                                    U.S. Magistrate Judge