UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RYAN MILLIRON,

          Plaintiff,

v.

FEDERAL BUREAU OF
INVESTIGATION,

          Defendants.
_____/

Case No. 1:22-cv-782

Hon. Sally J. Berens
U.S. Magistrate Judge

## JOINT STATUS REPORT

Pursuant to the Court's Order dated December 29, 2025 (PageID.360), Plaintiff Ryan Milliron, and Defendant Federal Bureau of Investigation (FBI) (collectively, the Parties), by and through their respective counsel, submit this Joint Status Report regarding the status of this Freedom of Information Act (FOIA) case.

On December 5, 2025, the FBI filed a notice that it conducted a search for "302/1023" records "pertaining to Rodney Joffe." (*See* Op. and Order, PageID.324-29.) The Notice states that the FBI did not locate any responsive documents. (FBI Notice, PageID.83.)

Plaintiff filed a notice on December 19, 2025, requesting that the FBI search for a 1023 memorializing a telephone call between Mr. Joffe and former Agent Grasso regarding the Alfa Bank data. (Pl. Notice, PageID.358.)

The FBI conducted a search for the requested records, but did not locate any records relating to a telephone call between Joffe and Agent Grasso. (*See* Def. Notice, PageID.356–57.)

The parties request that the Court dismiss this matter, with prejudice, and without fees or costs to either party.

1

Respectfully submitted,

Dated: January 5, 2026

*/s/ Travis Miller (w/permission)*
TRAVIS MILLER
P.O. Box 6853
Austin, TX 78762
(430) 222-8184
traviswmiller@gmail.com


TIMOTHY VERHEY
United States Attorney

Dated: January 5, 2026

*/s/ Carolyn A. Almassian*
CAROLYN A. ALMASSIAN
Assistant United States Attorney
330 Ionia Ave., NW, Ste. 501
Grand Rapids, MI 49501-0208
(616) 456-2404
carolyn.almassian@usdoj.gov