UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

RYAN MILLIRON,

    Plaintiff,

v.                                                        Hon. Sally J. Berens

U.S. DEPARTMENT OF DEFENSE, et al.,         Case No. 1:22-cv-782

    Defendants.

**ORDER**

Pursuant to the Joint Status Report filed January 5, 2026 (ECF No. 86), this matter is dismissed with prejudice and without costs to either party.

IT IS SO ORDERED.

Dated: January 5, 2026                          /s/ Sally J. Berens
                                                         SALLY J. BERENS
                                                         U.S. Magistrate Judge